Zachary Tyson, esq.
Attorney Bar Number: 262251
Nova Law Group
800 West El Camino Real, Suite 180
Mountain View, CA 94040
(650)-265-4045
zacharytyson@novalawgroup.com

Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In the Matter of:

SHARON MAHONEY

          Debtor

) Bk. No. 10-57326
)
) CHAPTER 13
)
)
) **MOTION TO VALUE SECURED CLAIM**
) **AND AVOID LIEN OF SUNTRUST**
) **MORTGAGE INC; DECLARATION OF**
) **DEBTOR IN SUPPORT OF MOTION**
)
)

     TO: SUNTRUST MORTGAGE INC., AND ITS AGENTS, Debtor SHARON MAHONEY moves this court, pursuant to 11 U.S.C. § 506(a) and Bankruptcy Rule 3012, to value the secured claim of the 2nd Deed of Trust lender SUNTRUST MORTGAGE INC. at zero dollars and to treat that claim as being entirely unsecured and no longer a secured lien against Debtor's real property at 192 Anaheim Terrace, Sunnyvale, CA 94086, and to avoid the lien of SUNTRUST MORTGAGE INC., and to pay lender's claim as a general unsecured claim on the grounds that it is not a secured claim within the meaning of 11 U.S.C. § 506.

     Debtor SHARON MAHONEY respectfully moves the court for an Order valuing the junior lien of lender SUNTRUST MORTGAGE INC. on Debtor's real property residence at 192 Anaheim Terrace at zero dollars, such that on confirmation of Debtor's Chapter 13 plan, SUNTRUST MORTGAGE INC. shall no longer have a junior lien or 2nd Deed of Trust against Debtor's real property.

1

Debtor states that the basis for the motion is the lack of equity in the encumbered property and in support of the motion submits the following information:

1. Debtor filed the Chapter 13 bankruptcy petition herein on July 16, 2010.

2. Name of the creditor holding the junior lien that is the subject of this motion:

    SUNTRUST MORTGAGE INC.

3. Description of Collateral:

    192 Anaheim Terrace, Sunnyvale, CA 94086

4. The amount owed to and the name of all creditors holding liens or security interests senior to the lien of the above-name creditor:

    SUNTRUST MORTGAGE INC.    $866,900.51

5. Debtors' opinion of the value of the collateral:

    $660,000    Based on Sale of Home Next Door on 3/09/2010.

6. Value listed in Schedules:

    $825,000

7. Value in Appraisal:

    $822,500

WHEREFORE, Debtor prays for an order treating the junior lien on Debtor's residence as a general unsecured claim pursuant to 11 U.S.C. § 506(a) and Bankruptcy Rule 3012.

DATED: 8/3/2010                                          /s/ Zachary Tyson, esq.
                                                                   Zachary Tyson, esq.
                                                                   Attorney for Debtor

## DECLARATION OF DEBTOR IN SUPPORT OF MOTION

The undersigned declares as follows:

I, SHARON MAHONEY, am the debtor in the above-captioned matter, and if called as witnesses, could testify competently to the following facts, which are all within my personal knowledge:

1. I have resided and continue to reside at 192 Anaheim Terrace, since the filing of my Chapter 13 petition on July 16, 2010.

2. I own the property located at 192 Anaheim Terrace in fee simple title. At the time I bought the property and ever since that time, I have owned and resided at 192 Anaheim Terrace.

3. I believe that the fair market value of the home at the time of the filing of the Chapter 13 petition was no more than $660,000. I believe that the fair market value of the house is no more than $660,000, based upon my knowledge of sales of similar homes in the area in which I live, including a recent sale of the home next door, which is nearly identical to my own. I have also attached an informal appraisal I obtained (see attached), but I feel this appraisal is less accurate than the sale of the identical home next to my own, which is also attached, and sold for $660,000 on 3/9/2010. I believe that the value of the property has declined further since that time. The present encumbrances against the home include:

| | |
|---|---|
| SUNTRUST MORTGAGE INC FIRST | $866,900.51 |
| SUNTRUST MORTGAGE INC SECOND | $208,588.62 |

4. I believe, under the circumstances set forth above, that there is no equity to secure the claim of the second mortgage loan of SUNTRUST MORTGAGE INC. Accordingly, I hereby request this Court to enter its order avoiding the junior lien of creditor SUNTRUST MORTGAGE INC.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: 8/3/2010     /s/ Sharon Mahoney
                    Sharon Mahoney

3

**Westlaw Delivery Summary Report for TYSON,ZACHARY**

| | |
|---|---|
| Your Search: | ADN (191 ) & STREET-NAME(ANAHEIM & TERRACE) & CITY(SUNNYVALE) & COUNTY(SANTA & CLARA) & ZIP-CODE(94086) & STATE(CA) |
| Date/Time of Request: | Tuesday, August 3, 2010 13:54 Pacific |
| Client Identifier: | 19 |
| Database: | RP-ALL |
| Lines: | 75 |
| Documents: | 1 |
| Images: | 0 |

The material accompanying this summary is subject to copyright. Usage is governed by contract with Thomson Reuters, West and their affiliates.



**REAL PROPERTY TRANSACTION RECORD**

```
                    Filings Collected Through:07-19-2010
                    County Last Updated:07-28-2010
                    Frequency of Update:WEEKLY
                    Current Date:08/03/2010
                    Source: COUNTY RECORD-
                    ER
                        , SANTA CLARA, CALIFORNIA

                       OWNER INFORMATION

                    Owner(s):MADDEN JOHN E & SANDRA
                    Owner Relationship:HUSBAND AND WIFE
                    Ownership Rights:COMMUNITY PROPERTY
                    Absentee Owner:SITUS FROM SALE (OCCUPIED)
                    Property Address:191 ANAHEIM TER
                    SUNNYVALE CA 94086-5092
                    Mailing Address:191 ANAHEIM TER
                    SUNNYVALE CA 94086-5092

                       PROPERTY INFORMATION

                    County:SANTA CLARA
                    Assessor's Parcel Number:204-49-068
                    Property Type:RESIDENTIAL CONDOMINIUM
                    Land Use:CONDOMINIUM
                    Building Square Feet:1919

                       TRANSACTION INFORMATION

                    Transaction Date:03/09/2010
                    Seller Name:FIRST FRANKLIN MTG LN 2006-FF1
                    Sale Price:$660,000.00
                    Consideration:SALE PRICE (FULL)
                    Deed Type:GRANT DEED
                    Document Type:GRANT DEED
                    Type of Transaction:RESALE
                    Mortgage Amount:$618,640.00
                    Mortgage Type:FEDERAL HOUSING AUTHORITY
                    Mortgage Term:30 YEARS
                    Mortgage Deed Type:DEED OF TRUST
                    Mortgage Date:04/28/2010
                    Mortgage Due Date:06/01/2040
                    Lender Name: PINNACLE CAP MTG CORP
```

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

```
                    Lender Address: ROSEVILLE, CA 95661
                    Recording Date:05/06/2010
                    Document Number:20702450
                    Title Company:CHICAGO TITLE CO.
                    Construction Type:SALE IS A RE-SALE
                    Purchase Payment:MORTGAGE
                    Foreclosure Sale:REO SALE - SALE FROM GOVERNMENT TO
                    PRIVATE PARTY
```

TAX ASSESSOR RECORD is available for this property. The record contains information from the office of the local real property tax assessor office. In addition to identifying the current owner, the record may include tax assessment information, the legal description, and property characteristics. Additional charges may apply.

TRANSACTION HISTORY REPORT is available for this property. The report contains details about all available transactions associated with this property. The report may include information about sales, ownership transfers, refinances, construction loans, 2nd mortgages, or equity loans based on recorded deeds. Additional charges may apply.

```
          Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387)
             to order copies of documents related to this or other matters.
                              Additional charges apply.
```

END OF DOCUMENT

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.



Map
US   California   **Sunnyvale**                                Views: 324

Get mortgage quotes anonymously on Zillow Mortgage Marketplace.

## 192 Anaheim Ter

Zestimate®:     **$822,500**
Value Range:    $716K – $897K

Monthly payment:
See current rates on Zillow   **$3,260**
Check your 2010 Credit Score

| Property type: | Condo |
|---|---|
| Bedrooms: | 4 |
| Bathrooms: | 2.5 |
| Sqft: | 1,919 |
| Lot size: | 2,400 sq ft / 0.06 acres |
| Year built: | 2006 |
| Parking type: | -- |
| Cooling system: | -- |
| Heating system: | -- |
| Fireplace: | -- |
| Last sold: | -- |
| MLS number: | |

1 of 1     Larger

### Description
One-year old Sunnyvale Home w/ CUPERTINO SCHOOLS{Andrew Duncan}

More facts

Post for sale/rent    Save    Share    Alerts    Edit    Print

## Charts and Data

| | Value | Range | 30-day change | $/sqft | Last updated |
|---|---|---|---|---|---|
| Zestimate® | **$822,500** | $716K – $897K | +$1,000 | $428 | 08/02/2010 |
| My estimate | Create estimate | | | | |
| Owner Comment | Post a comment | | | | |

**Show**
- Zestimate ($)
- Zestimate (% change)
- Listing price
- Tax assessment
- Tax paid
- Page views

**Time period**
- 1 month
- 1 year
- 5 years
- 10 years

○ This home   □ 94086   △ Sunnyvale