Zachary Tyson, esq.
State Bar Number: 262251
800 West El Camino Real, Suite 180
Mountain View, CA 94040
Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| In the Matter of: | ) | Bk. No. 10-57326 |
| | ) | |
| | ) | CHAPTER 13 |
| SHARON MAHONEY | ) | |
| | ) | |
| Debtor | ) | **NOTICE OF MOTION TO VALUE** |
| | ) | **SECURED CLAIM AND AVOID LIEN** |
| | ) | **OF SUNTRUST MORTGAGE INC. AND** |
| | ) | **OPPORTUNITY TO REQUEST** |
| | ) | **HEARING** |

**NOTICE IS HEREBY GIVEN** that the debtor has filed herewith a MOTION TO VALUE SECURED CLAIM AND AVOID LIEN OF SUNTRUST MORTGAGE INC. AND DECLARATION OF DEBTOR IN SUPPORT OF MOTION. You are notified that, pursuant to Bankruptcy Rule 2002, you are given twenty (21) days from the date of mailing of this notice to request a hearing on this Application. Such a request shall be filed with the Clerk of the U.S. Bankruptcy Court at the following address:

Clerk of the U.S. Bankruptcy Court
280 South First Street, Room 3035
San Jose, CA 95113-3099

**Bankruptcy Local Rule 9014-1 of the United States Bankruptcy Court for the Northern District of California prescribes the procedures to be followed and any**

objection to the requested relief, or a request for hearing on the matter must be filed and served upon the requesting party within 21 days of mailing of the notice;

A request for a hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position;

If there is not a timely objection to the requested relief or a request for hearing, the court may enter an order granting the relief by default; and

The initiating party will give either (1) at least 10 days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request is timely made, or (2) at least 10 days written notice of the tentative hearing date.

DATED: 8/3/10

/s/ Zachary Tyson, esq.
Zachary Tyson, esq.
Attorney for Debtors

# PROOF OF SERVICE BY CERTIFIED MAIL

I declare as follows:

I am employed in the County of Santa Clara. I am over the age of eighteen years and not a party to the above referenced case. My business address is 800 West El Camino Real, Suite 180, Mountain View, CA 94040. On August 6, 2010, I served the attached:

**(1) NOTICE OF MOTION TO VALUE SECURED CLAIM AND TO AVOID LIEN OF SUNTRUST MORTGAGE INC. AND OF OPPORTUNITY TO REQUEST HEARING**

**(2) MOTION TO VALUE SECURED CLAIM AND TO AVOID LIEN OF SUNTRUST MORTGAGE INC.; DECLARATION OF DEBTORS IN SUPPORT OF MOTION**

On the parties listed below by placing a true copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, BY CERTIFIED MAIL, in the United States Postal Service at Santa Clara, California.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed on the following date at San Mateo, California.

Dated: 8/6/2010   /s/ Zachary Tyson
                 Zachary Tyson

Chapter 13 Trustee
Devin Durham-Burke
PO Box 50013
San Jose, CA 95150

Attn: Managing Officer
CSC-Lawyers Incorporating Service
C/O SunTrust Mortgage Inc.
2730 Gateway Oaks Drive, Suite 100
Sacramento, CA 95833

The Wolf Law Firm
A Law Corporation
2955 Main Street, Second Floor
Irvine, CA 92614

Attn: Managing Officer
SunTrust Mortgage Inc.
Bankruptcy Department RVW
P.O. Box 27767
Richmond, VA 23261