Atlantic Credit & Finance
P.O. Box 13386
Roanoke, VA 24033


Citibank CBSD NA
701 East 60th Street North
Sioux Falls, SD 57104


Credit Protection Association
13355 Noel Road
Suite 2100
Dallas, TX 75240


EOS CCA
700 Longwater Drive
Norwell, MA 02061


HOA Central Park
Suzanne Sutton
c/o Sunnyvale Owners Association
4100 Macarthur Boulevard, Suite 150
Newport Beach, CA 92660


Internal Revenue Service
P.O. Box 7125
San Francisco, CA 94120-7125


LVNV Funding LLC
P.O. Box 10584
Greenville, SC 29603


SunTrust Mortgage
P.O. Box 79041
Baltimore, MD 21279

SunTrust Mortgage Inc.
P.O. Box 79041
Baltimore, MD 21279