# United States Bankruptcy Court
## Northern District of California

In re **Sharon Mahoney**  
Debtor(s)

Case No. **10-57326**  
Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **September 3, 2010**, a copy of the following documents was served by certified United States mail to the creditor listed below at the address for service listed on Schedule D:

HOA Central Park

Documents Served:

1. Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors & Deadlines
2. Chapter 13 Plan
3. Notice to Creditors Regarding Plan Provisions
4. Order Establishing Procedures for Objection to Confirmation

**/s/ Zachary Tyson**
**Zachary Tyson 262251**
**Nova Law Group**
**800 West El Camino Real**
**Suite 180**
**Mountain View, CA 94040**
**(650)-265-4045 Fax:(650)-943-2457**
**zacharytyson@novalawgroup.com**