Entered on Docket
September 07, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Zachary Tyson
Attorney Bar No. 262251
Nova Law Group
800 West El Camino Real, Suite 180
Mountain View, CA 94040
Attorney for Debtor

IT IS SO ORDERED.
Signed September 07, 2010

Arthur S. Weissbrodt
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of:<br><br>Sharon Mahoney<br><br>   Debtor | Bk. No. 10-57326<br><br>CHAPTER 13<br><br>**ORDER RE: MOTION TO VALUE SECURED CLAIM OF SUNTRUST MORTGAGE INC.** |

ORDER VALUING LIEN OF SUNTRUST MORTGAGE (2nd DOT):

On August 6, 2010, the Debtor filed a Motion to Value the Secured Claim of SunTrust Mortgage Inc. against the property commonly known as 192 Anaheim Terrace, Sunnyvale, CA 94086. Filed with the Motion were:

(1) A Declaration of Debtor in Support of Motion.

(2) A Notice of Motion to Value Secured Claim and of Opportunity to Request Hearing according to Bankruptcy Local Rule 9014-1.

The Motion and Notice were properly served by CERTIFIED MAIL on all interested parties according to Bankruptcy Local Rule 9014-1. No Request for a Hearing or Objection was subsequently filed by any interested party. The Court finds that Notice of the Motion was proper. Upon due consideration, and for the reasons stated above, the Court hereby orders as follows:

(1) For purposes of Debtor's chapter 13 Plan only, the Lien is valued at zero, SunTrust Mortgage Inc. does not have a secured claim, and the Lien may not be enforced, pursuant to 11 U.S.C. §§ 506, 1322 (b)(2) and 1327.

(2) This order shall become part of Debtor's confirmed chapter 13 Plan.

(3) Upon entry of a discharge in Debtor's Chapter 13 case, the Lien shall be voided for all purposes, and upon application by Debtor, the Court will enter an appropriate form of judgment voiding the Lien.

(4) If Debtor's Chapter 13 case is dismissed or converted to one under another chapter before Debtor obtains a discharge, this order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable non-bankruptcy law, and upon application by the lien holder, the Court will enter an appropriate form of order restoring the Lien.

(5) Except as provided by separate, subsequent order of this Court, the Lien may not be enforced so long as this order remains in effect.

(6) This order is supported by the Declaration of Zachary Tyson in support of Entry of Default re Motion to Avoid Lien, which is document number 15 in the court's docket.

***END OF ORDER***

## COURT SERVICE LIST

The Wolf Firm
A Law Corporation
2955 Main Street, Second Floor
Irvine, CA 92614

Attn: Managing Officer
SunTrust Mortgage Inc.
Bankruptcy Department RVW
P.O. Box 27767
Richmond, VA 23261

Attn: Managing Officer
CSC-Lawyers Incorporating Service
C/O SunTrust Mortgage Inc.
2730 Gateway Oaks Drive, Suite 100
Sacramento, CA 95833

Chapter 13 Trustee
Devin Durham-Burke
PO Box 50013
San Jose, CA 95150