ZACHARY TYSON-262251
NOVA LAW GROUP
800 West El Camino Real, Suite 180
Mountain View, CA 94040
Phone: (650)-265-4045
zacharytyson@novalawgroup.com
www.novalawgroup.com

Attorney for Debtor Sharon Mahoney

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In the Matter of: ) Case No. 10-57326
)
Sharon Mahoney ) **PRE-HEARING STATEMENT**
)
) Pre-Hearing Date: 11/2/2010
) Pre-Hearing Time: 1:45PM
Debtor ) Place: 280 South First Street, Room 3020
) Judge: Arthur S. Weissbrodt

Debtor, Sharon Mahoney,

Has addressed all objections of the Chapter 13 Trustee, including the 1 objection filed by the trustee on 10/25/2010 and the 4 objections filed by the trustee on 8/26/2010. The objections were addressed as follows:

Objections dated 10/25/2010:

1. Debtor uploaded certificate of service regarding service on all secured creditors of the Second Amended Plan, filed September 2nd, 2010, which is docket number 28.

Objections dated 8/26/2010:

1. Debtor's 2009 Tax Return was not required to be filed by the IRS due to low income, and declaration by debtor stating the above was submitted to trustee by e-mail on 8/27/2010.
2. Debtor filed an amended Schedule D to list address of HOA Central Park, which is docket number 18. Debtor also amended the list of creditors to include said creditor, which is docket number 16. Lastly, Debtor served the required Chapter 13 notices listed in Trustee's objection number 2 on creditor HOA Central Park, and uploaded the proof of service, which is docket number 22.
3. Plan language amended to instruct Trustee to pay 2nd lien as a general unsecured claim; Trustee's staff attorney also stated that Trustee no longer objects for this; docket number 21.
4. SFA amended to include debtor's past 2 years gross income; docket number 19.

Debtor believes that the above objections have all been resolved based on discussions with the trustee's case analyst on 10/14/2010 and 10/27/2010, and therefore, there are no legal and/or factual issues to be resolved by the court in connection with the trustee's prior objections.

Dated: 10/27/2010                                   /s/ Zachary Tyson, esq.
                                                    Attorney for Debtor