DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA  95150-0013

Telephone:  (408) 354-4413
Facsimile:   (408) 354-5513

Trustee for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 13 |
| | ) | |
| SHARON MAHONEY | ) | Case No. 10-57326 ASW |
| | ) | |
| | ) | **WITHDRAWAL OF TRUSTEE'S** |
| | ) | **OBJECTION TO CONFIRMATION** |
| | ) | **OF CHAPTER 13 PLAN WITH** |
| Debtor | ) | **CERTIFICATE OF SERVICE** |

DEVIN DERHAM-BURK in the above entitled matter hereby withdraws her Objection to Confirmation filed on October 25, 2010.  The 341 Meeting was scheduled for August 30, 2010.  The Confirmation Hearing is scheduled for January 11, 2011 .

The debtor has filed the necessary documents to resolve the Trustee's objection.

Dated:  November 10, 2010        /s/  DEVIN DERHAM-BURK
                                 Chapter 13 Standing Trustee

# CERTIFICATE OF SERVICE BY MAIL

I hereby declare that I am over the age of 18 years, not a party to the within cause; my business address is 983 University Ave., Bldg. C-100, Los Gatos, CA 95032. I served a copy of the within Withdrawal of Trustee's Objection to Confirmation by placing same in an envelope in the U.S. Mail at Los Gatos, California on November 10, 2010. Said envelopes were addressed as follows:

SHARON MAHONEY
192 ANAHEIM TERR
SUNNYVALE, CA 94086

ZACHARY TYSON
NOVA LAW GROUP
800 WEST EL CAMINO REAL #180
MOUNTAIN VIEW, CA 94040

Dated: November 10, 2010          /s/ JC Leffler
                                  Office of DEVIN DERHAM-BURK
                                  Chapter 13 Standing Trustee

Case: 10-57326   Doc# 30   Filed: 11/10/10   Entered: 11/10/10 15:34:18   Page 2 of 2