UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:                                          Chapter 13
                                                Case No.

                                                APPLICATION FOR COMPENSATION;
                                                DECLARATION

Debtor(s)_____/

1.      Debtor(s') attorney, _____, requests the approval of
attorney's fees in the sum of $_____ pursuant to the attorney's fee disclosure statement filed
with the Court and the Guidelines for Payment of Attorney's Fees in Chapter 13 Cases (San Jose
Division).  Of the sum requested, the amount of $_____ has been previously paid to Debtor(s')
attorney.

2.      In addition to the basic case, the Debtor(s') case involves:

        ____    Real property claims
        ____    Compromise plan use
        ____    Certain additional real property: ____ piece(s)
        ____    State or federal tax claims
        ____    Vehicle loans or leases
        ____    An operating business
        ____    Support arrears
        ____    Student loans
        ____    25 or more creditors
        ____    Motion to commence or extend the automatic stay


3.      A copy of the RIGHTS AND RESPONSIBILITIES OF CHAPTER 13 DEBTORS AND THEIR
ATTORNEYS, executed by the Debtor(s) and Debtor(s') attorney, has been filed with the Court.

4.      All fees are subject to Court approval, whether paid in advance or through the plan.

        I, the undersigned, declare, under penalty of perjury, that the foregoing is true and correct to the
best of my knowledge.


Dated: _____          _____
                                       Attorney for Debtor(s)

Rev. 6/06