ZACHARY TYSON-262251
NOVA LAW GROUP
800 West El Camino Real, Suite 180
Mountain View, CA 94040
Phone: (650)-265-4045
zacharytyson@novalawgroup.com
www.novalawgroup.com

Attorney for Debtor Sharon Mahoney

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In the Matter of: | ) Case No. 10-57326 |
| | ) |
| Sharon Mahoney | ) **PRE-HEARING STATEMENT** |
| | ) |
| | ) Pre-Hearing Date: 3/8/2011 |
| | ) Pre-Hearing Time: 1:45PM |
| Debtor | ) Place: 280 South First Street, Room 3020 |
| | ) Judge: Arthur S. Weissbrodt |

Debtor, Sharon Mahoney,

Has addressed all objections of the Chapter 13 Trustee, including the 1 objection filed by the trustee on 10/25/2010 and the 4 objections filed by the trustee on 8/26/2010.

Debtor believes that the above objections have all been resolved based on discussions with the trustee's case analyst on 10/14/2010 and 10/27/2010, and therefore, there are no legal and/or factual issues to be resolved by the court in connection with the trustee's prior objections.

Debtor also complied in full with the court's order dated 1/19/2011 to make payment of $11,577.15 to the Chapter 13 Trustee by 2/2/2011, as debtor presented payment to the trustee on 2/2/2011 of the full amount before 4PM as required.

Debtor believes that she has addressed all trustee and secured creditor objections to the plan, and has provided full payment to the trustee as required by the court. As a result, debtor believes that the plan is ready to be confirmed.

Debtor's attorney's application for compensation under the no-look fee guidelines has not yet been approved by the court, but this is not a barrier to plan confirmation.

Dated: 2/21/2011                                  /s/ Zachary Tyson, esq.
                                                  Attorney for Debtor