

1 DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
2 P O BOX 50013
SAN JOSE, CA 95150-0013
3
Telephone: (408) 354-4413
4 Facsimile: (408) 354-5513

5 Trustee for Debtor

**IT IS SO ORDERED.**
**Signed March 25, 2011**

*Arthur S. Weissbrodt*
**Arthur S. Weissbrodt**
**U.S. Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| In Re: | ) | Chapter 13 |
|---|---|---|
| SHARON MAHONEY | ) | Case No. 10-57326 ASW |
| | ) | **ORDER APPROVING COMPENSATION** |
| Debtor | ) | |

NOVA LAW GROUP has filed an Application for Compensation with Declaration pursuant to the "Guidelines for Payment of Attorney's Fees in Chapter 13 Cases" ("Application"). Pursuant to the Application, attorney's fees in the amount of $4500.00 are approved, of which $3,000.00 has been previously paid.

*** END OF ORDER ***

Approved as to form and content:

Dated: March 24, 2011      /s/ DEVIN DERHAM-BURK
                           Chapter 13 Standing Trustee

**COURT SERVICE LIST**

Case Name:   SHARON MAHONEY                                         Case No.:  10-57326 ASW


SHARON MAHONEY
192 ANAHEIM TERR
SUNNYVALE, CA  94086


NOVA LAW GROUP
800 W EL CAMINO REAL #180
MOUNTAIN VIEW, CA  94040