FILED
JUN 0 6 2011
United States Bankruptcy Court
San Jose, California

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

SHARON MAHONEY,

        Debtor(s).

Case No. 10-57326

Chapter 13

**ORDER TO SHOW CAUSE REGARDING DEBTOR'S ATTORNEY, ZACHARY TYSON, SET FOR HEARING ON JULY 26, 2010 AT 1:45 PM.**

On November 2, 2010, counsel for the Debtors, Zachary Tyson ("Tyson"), was sanctioned $50.00, payable to the Clerk of the Court for failure to file a pre-hearing statement. The Court's records reflect that the sanction payment was not made. It appears that Tyson is in contempt of court for violating this Court's "ORDER IMPOSING SANCTIONS FOR FAILURE TO FILE PREHEARING STATEMENT" issued on November 2, 2010, by failing to pay the $50.00 sanction within the time required by that Order.

Good cause appearing, IT IS HEARBY ORDERED that:

(1) Tyson shall pay the original $50.00 sanction made out to the "Clerk of the Court" immediately.

(2) Tyson shall pay an additional fine to the United States Bankruptcy Court of $50.00 per day, commencing ten (10) days after the date this Order is entered, until Tyson complies with paragraph (1) of this Order. The fine shall be payable to "Clerk of the Court."

1

ORDER TO SHOW CAUSE REGARDING DEBTOR'S ATTORNEY ZACHARY TYSON

(3) Tyson is ordered to appear on July 26, 2011, at 1:45 PM for a hearing to show cause why Tyson should not be held in contempt or court for failure to pay the above-referenced sanction and fine, if any.

(4) If the original sanction amount in paragraph (1), above, plus any fine due pursuant to paragraph (2), above, is paid in full on or before July 1, 2011, the hearing to show cause will be taken off calendar.

Dated: 6/6/11

*Arthur S. Weissbrodt*
Arthur S. Weissbrodt
United States Bankruptcy Judge

\* \* \* END OF ORDER \* \* \*

2

## SERVICE LIST

Debtors

**Sharon Mahoney**
192 Anaheim Terrace
Sunnyvale, CA 94086

Debtors' counsel

**Zachary Tyson**
Nova Law Group
800 West El Camino Real #180
Mountain View, CA 94040

Trustee

**Devin Derham-Burk**
P.O. Box 50013
San Jose, CA 95150-0013

U.S. Trustee

**Office of the U.S. Trustee / SJ**
U.S. Federal Bldg.
280 S 1st St. #268
San Jose, CA 95113-3004

3

ORDER TO SHOW CAUSE REGARDING DEBTOR'S ATTORNEY ZACHARY TYSON